UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIBEL ORTIZ, | : | |
|     Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:24cv350 (JCH) |
| v. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT, | : | FEBRUARY 13, 2025 |
|     Defendant. | : | |

## NOTICE TO PLAINTIFF

By Motion filed on February 6, 2025, counsel for the plaintiff, Maribel Ortiz, has moved to withdraw his appearance in this case.

Plaintiff has until **FEBRUARY 28, 2025,** to file with the court, and to serve upon her counsel and opposing counsel, any objection to the Motion to Withdraw Appearance. Plaintiff is advised that, if no objection to the withdrawal is filed, the Motion will likely be granted. In that case, or in the event that an objection is filed, but the court overrules it and grants the Motion, plaintiff is advised that she must file a pro se appearance or retain new counsel to file an appearance on her behalf. Such appearances must be filed no later than 7 days after the court grants the Motion to Withdraw (if it does).

In addition, the court is setting a hearing on the Motion to Withdraw for **MARCH 5, 2025, at 12 noon.** Counsel are requested to attend this hearing in person. The plaintiff, Maribel Ortiz, must also participate in this hearing. Ms. Ortiz may appear in person or, due to personal obligations, the court will permit her to appear via Zoom.

Plaintiff's counsel is ordered to serve on the plaintiff, a copy of this Notice and, provide such proof of service on the docket by **FEBRUARY 20, 2025**. Plaintiff's counsel

must also advise the court by close of business on March 3, 2025, if Ms. Ortiz will attend the hearing in person or if she prefers to participate via Zoom.

**SO ORDERED.**

Dated at New Haven, Connecticut this 13th day of February 2025.

     /s/ Janet C. Hall
Janet C. Hall
United States District Judge