UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIBEL ORTIZ, : | |
| : | |
| *Plaintiff*, : | |
| : | |
| v. : | Civil Action No: 3:24-cv-350-JCH |
| : | |
| UNIVERSITY OF CONNECTICUT : | |
| : | |
| *Defendant*. : | March 4, 2025 |

## NOTICE REGARDING HEARING

Pursuant to this Court's orders, the undersigned counsel belatedly informs the Court that he has not received an indication from the Plaintiff as to whether she intends to appear at tomorrow's scheduled hearing, and if so, whether she intends to attend remotely. The last communication with the Plaintiff indicated that she no longer wished to pursue the action, but this has not been confirmed either.

Respectfully submitted,

By:   /s/
Alexander T. Taubes, Esq.
470 James Street, Suite 007
New Haven, CT 06513
Bar id: ct30100
(203) 909-0048
alextt@gmail.com

1