APR 11 2025 AM 11:55
FILED-USDC-CT-New_Haven

Clerk's Office

U.S. District Court

141 Church Street

New Haven, CT 06510

Case Number: 3:24-cv-00350-JCH

April 10, 2025

I am responding to Order to Show Cause Document. Due to letdown I had no choice but to release attorney and I have no money to hire a new attorney. In addition, due to reasons found in my email dated February 26, 2025 I am kindly requesting for this case to be dismissed without prejudice.

I am asking court to dismiss this case WITHOUT Prejudice.

Thank you,

*[signature]*

Maribel Ortiz

Case Name: Ortiz v. University of Connecticut